UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTOKI LLC,

    Plaintiff,

v.                                                                    Case No.: 2:23-cv-13035

ZULILY LLC,                                                 Sean F. Cox
                                                                       United States District Court Judge
    Defendant.

_____/

**ORDER**
**GRANTING PLAINTIFF'S REQUEST FOR JURISDICTIONAL DISCOVERY**

On January 10, 2024, Plaintiff Santoki LLC ("Plaintiff") responded to the Court's Order Requiring Jurisdictional Statement from Defendant Zulily LLC ("Defendant"). (ECF No. 13). The Order was directed to Defendant, not Plaintiff, meaning Plaintiff's response is insufficient to determine whether complete diversity exists in this case.

Further, even if the Order were directed to Plaintiff, Plaintiff's assertion that it "has made all reasonable efforts to comply with the Court's directives but is constrained by the limited availability of pertinent information" is insufficient under Sixth Circuit law. (ECF No. 13, PageID.37). The party asserting diversity jurisdiction "bears the burden of establishing the parties' citizenships" and "must fully allege the citizenship of each party." *Akno 1010 Mkt. St. St. Louis, Missouri, LLC v. Pourtaghi*, 43 F.4th 624, 627 (6th Cir. Aug. 8, 2022).

However, the Court will grant Plaintiff's request to allow jurisdictional discovery in this case.

As such, the Court hereby **ORDERS** that Plaintiff's request to allow jurisdictional discovery is **GRANTED**. The Court further **ORDERS** that jurisdictional discovery must be

completed **by February 21, 2024**. Following the close of discovery, the Court **ORDERS** Plaintiff to file a jurisdictional statement that identifies the name and citizenship of each member (and any sub-members) of the Defendant LLC in this case.

    **IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: January 23, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2024, by electronic and/or ordinary mail.

s/Jennifer McCoy  
Case Manager